ANNETTE S. ROSE, as Executrix, etc., of BERNARD V. GORDON, Deceased, Appel-

lant, v. Guil Barber, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.